UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TYSON FOODS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Criminal No. 11-37 (RWR)<br>)<br>)<br>)<br>) |

### ORDER

In light of the written deferred prosecution agreement entered into by the parties, it is hereby

ORDERED that the deferred prosecution agreement be, and hereby is, APPROVED. It is further

ORDERED that the period of delay during which prosecution is deferred by the attorney for the government under the written agreement with the defendant for the purpose of allowing the defendant to demonstrate its good conduct be, and hereby is, EXCLUDED in computing the time within which the trial of the offenses charged in the Information must begin. See 18 U.S.C. § 3161(h)(2).

SIGNED this 22nd day of February, 2011.

_____
RICHARD W. ROBERTS
United States District Judge